**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-06224-DTB** Date: **November 20, 2026**

Title: **Yan Su v. James Janecka, et al**

==============================================================

**DOCKET ENTRY**

==============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rebecca Camacho — Deputy Clerk
n/a — Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:
None present

ATTORNEYS PRESENT FOR RESPONDENT:
None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 28, 2026, Respondents filed their Answer to the Petition wherein they advised the Court that Petitioner was scheduled for a Rodriguez bond hearing on October 30, 2026. (Docket No. 12). On November 6, 2026, the Court ordered Respondents to file a status of Petitioner's Rodriguez bond hearing. (Docket No. 13). On November 9, 2026, Respondents filed a status report advising the Court that Petitioner received a bond hearing on October 30, 2026, where the immigration judge ordered a $30,000 bond and he was bonded on November 2, 2026. Respondents further attests that because Petitioner has been released from immigration detention, there is no longer a live case or controversy, and the Petition should be denied.

In light of Petitioner being released on bond on November 2, 2026, on or before November 25, 2026, Petitioner is ORDERED to show cause as to why this action should not be dismissed.

**IT IS SO ORDERED**.